### 371.  NAPIER *v.* BROWN.

POWELL, J.  1. "Where the error alleged is the granting or denying of a new trial, one assignment of error is sufficient to reach all the grounds of the motion on which the grant or refusal is based." 8th Rule of Court.  The motion to dismiss is therefore overruled.

2. The trial judge did not abuse his discretion in granting a new trial.

*Judgment affirmed.*

Complaint, from city court of Americus—Judge Crisp.  March 5, 1907.

Argued June 19,—Decided August 8, 1907.

*H. B. Simmons, Shipp & Sheppard,* for plaintiff.
*Allen Fort & Son, Dykes & Nisbet,* for defendant.